# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| CARL E. KELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:03 CV 154 LMB |
| ) | |
| BILL HEATON, et al, ) | |
| ) | |
| Defendants. ) | |

## NOTICE

This matter is before the court on the Complaint of Plaintiff Carl E. Keller on his civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Bill Heaton, Edna Crane, and Jane Doe #1. This case has been assigned to the undersigned United States Magistrate Judge pursuant to the Civil Justice Reform Act and is being heard by consent of the parties. See 28 U.S.C. § 636(c).

Discovery in the above-captioned matter was completed on July 20, 2005. Before trial is set, however, the court invites the parties to file dispositive motions, such as motions for summary judgment, if appropriate.

Dated this  25th  day of May, 2006.

*Lewis M. Blanton*
LEWIS M. BLANTON
UNITED STATES MAGISTRATE JUDGE